# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-six.

Before:　　　Beth Robinson,
　　　　　　　　*Circuit Judge.*

_____

Omar Ramos Jimenez,

　　　　　　Petitioner - Appellant,　　　　　　**ORDER**

　　v.　　　　　　　　　　　　　　　　　　　Docket No. 26-390

Tammy Marich, Acting Director of Buffalo Field Office, et al.,

　　　　　　Respondents - Appellees.

_____

_____

Candelario Guzman de Leon,

　　　　　　Petitioner - Appellant,　　　　　　Docket No. 26-541

　　v.

Jane Doe, Todd Lyons, Acting Director U.S. Immigrations and Customs Enforcement, et al.,

　　　　　　Respondents - Appellees.

_____

Appellants request the Court hold these appeals in abeyance pending the Court's decision in *Barbosa da Cunha v. Muniz*, 2d Cir. No. 25-3141.

IT IS HEREBY ORDERED that the motions are GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

