# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of October, two thousand twenty-six.

---

Omar Ramos Jimenez,

Petitioner - Appellant,

v.

Tammy Marich, Acting Director of Buffalo Field Office, U.S. Immigration and Customs Enforcement, Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement, Markwayne Mullin, Secretary of Homeland Security,

Respondents - Appellees.

---

**ORDER**

Docket No. 26-390

Appellant moves to voluntarily dismiss the above-captioned appeal without prejudice.

IT IS HEREBY ORDERED that the motion is DENIED. Appellant may not obtain voluntary dismissal without prejudice unless "the parties file an original or supplemental signed agreement for dismissal without prejudice to reinstatement[.]" 2d Cir. Local Rule 42.1. "[T]he agreement must specify the terms of reinstatement, including a date by which reinstatement must occur." *Id.*; *see Brown v. Eli Lilly & Co.*, 654 F.3d 347, 355 (2d Cir. 2011). Appellant may either move for voluntary dismissal with prejudice or file a Local Rule 42.1 stipulation.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe