MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of November, two thousand twenty-six.

---

Omar Ramos Jimenez,

Petitioner - Appellant,

v.

Tammy Marich, Acting Director of Buffalo Field Office, U.S. Immigration and Customs Enforcement, Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement, Markwayne Mullin, Secretary of Homeland Security,

Respondents - Appellees.

---

**ORDER**

Docket No. 26-390

Appellant moves to withdraw this appeal.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED, and this appeal is deemed WITHDRAWN.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 11/02/2026